**Kim R. SCHAFERMEYER, Appellant,**

v.

**Mary Beth LLORENS, Respondent.**

**No. WD 61938.**

Missouri Court of Appeals,
Western District.

Dec. 16, 2003.

Jean S. Goldstein, Columbia, MO, for appellant.

Leslie M. Schneider, Columbia, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Kim Schafermeyer appeals from the trial court's judgment modifying his child support obligation to include college-related expenses for his son. Upon review of the record, we find no error and affirm the trial court's judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).